**United States District Court**
**Violation Notice**

CVB Location Code: MD41

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6916613 | ATKINSON | 1310 |

6916613

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 8/10/16 1149 | 32 CFR 228.05 |

Place of Offense: Senior Spot w/ N1- Executive Medical Permit

Offense Description: Factual Basis for Charge — HAZMAT ☐

Parking on protected property in reserved areas ~~w/o permit~~ contrary to posted signs

**DEFENDANT INFORMATI**[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| SMITH | CRAIG | A |

[redacted]

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| 8DG T93 | MD | | Toyota Camry | Silver |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 60 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 90 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) / Time (hh:mm) |
|---|---|
| TBD | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ______________________

(Rev. 09/2015) Original - CVB Copy

CVB SCAN SEP 20, 2016 09:39

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on ______________, 20______ while exercising my duties as a law enforcement officer in the ______________ District of ______________

The foregoing statement is based upon:
my personal observation    my personal investigation
information supplied to me from my fellow officer's observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________________
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN SEP 20, 2016 09:39